TESLA, INC.
Brian M. Jazaeri, Bar No. 221144
bjaz@tesla.com
1 Tesla Road
Austin, Texas 78725
Tel: +1.512.557.8797

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
Nicolette L. Young, Bar No. 280810
nicolette.young@morganlewis.com
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
TESLA, INC.

DOGRA LAW GROUP PC
Shalini Dogra, Bar No. 309024
shalini@dogralawgroup.com
2219 Main Street, Unit 239
Santa Monica, CA 90405
Tel:+1.747.234.6673
Fax:+1.310.860.0170

Attorneys for Plaintiff
SEAN COHEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN COHEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. a California and Texas Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No. 2:23-cv-7057-TJH (SKx)<br><br>**JOINT STIPULATION FOR INDIVIDUAL ARBITRATION AND DISMISSAL WITHOUT PREJUDICE**<br><br>Ctrm:   9C<br>Judge:  Hon. Terry J. Hatter Jr. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

JOINT STIPULATION
CASE NO. 2:23-CV-7057

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff SEAN COHEN ("Plaintiff") and Defendant TESLA, INC. ("Defendant") (collectively, "the Parties") hereby stipulate as follows:

1. This action is dismissed without prejudice, and Plaintiff shall pursue his claims, including any claims for individual and public injunctive relief, in arbitration on a non-class basis in accordance with the Parties' agreement to arbitrate ("Arbitration Agreement") (Dkt. 13-2, Exhibit 1). Plaintiff may file his claims in arbitration before the American Arbitration Association; and

2. The Parties reserve all rights with respect to asserting or challenging the merits of their respective claims and any requested relief.

Dated: September 19, 2023

By  *s/ David Schrader*
David L. Schrader
MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for Defendant Tesla, Inc.*

Dated: September 19, 2023

By  *s/ Shalini Dogra*
Shalini Dogra
DOGRA LAW GROUP PC
*Attorneys for Plaintiff*

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that Shalini Dogra, counsel for plaintiff Sean Cohen, concurs in the content of this document, and that I have obtained Ms. Dogra's authorization to affix her electronic signature to this document.

Dated: September 19, 2023

By  *s/ David Schrader*
David L. Schrader

MORGAN, LEWIS & BOCKIUS LLP

*Attorneys for Defendant Tesla, Inc.*