UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

| Case No. | **CV 23-7057-TJH(SKx)** | Date | SEPTEMBER 21, 2023 |
|---|---|---|---|

| Title | Sean Cohen v. Tesla, Inc. et al |
|---|---|

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the joint [27] stipulation for individual arbitration and dismissal without prejudice is hereby granted.

IT IS SO ORDERED.   JS-6

cc: all parties